# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MALIAKA DAVIS, et al.,
    Plaintiffs

vs

CINCINNATI METROPOLITAN
HOUSING AUTHORITY, INC., et al.,
    Defendants

Case No. 1:11-cv-533
Bertelsman, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a settlement conference held on September 6, 2012. At the conclusion of that conference, the parties agreed to hold this case in abeyance, including any response to plaintiffs' pending motion for preliminary injunction (Doc. 25), for a period of two weeks to continue settlement discussions. That time limit has expired.

Within **ten (10) days** of the date of this Order, the parties shall submit an agreed Order on a briefing schedule for the motion for preliminary injunction.

**IT IS SO ORDERED.**

Date: 10/3/12

Karen L. Litkovitz
United States Magistrate Judge