IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MALIAKA DAVIS, et al.,** | Case No. 1:11-cv-00533 |
| Plaintiffs, | Judge William O. Bertelsman |
| | Mag. Judge Karen L. Litkovitz |
| -vs- | |
| **CINCINNATI METROPOLITAN HOUSING AUTHORITY, INC., et al.** | **STIPULATED EXTENSION OF TIME** |
| Defendants. | |

IT IS HEREBY STIPULATED that the deadline by which the agreed order on a briefing schedule for Plaintiffs' Motion for Preliminary Injunction (Doc. 28) must be submitted is hereby extended until Monday, November 5, 2012 so the parties may further discuss settlement.

IT IS SO STIPULATED.

/s/ Marcheta L. Gillam
Marcheta L. Gillam (0014925)
Attorney for Plaintiffs
Legal Aid Society of Southwest Ohio, LLC
215 East Ninth Street, Suite 500
Cincinnati, OH  45202
513-241-9400
Fax: 513-241-1187
mgillam@lascinti.org

/s/ Jefferey C. Mando
Jeffrey C. Mando (0043785)
Attorney for Defendants
Adams, Stepner, Woltermann & Dusing, PLLC
40 W. Pike St.
Covington KY 41012
859-394-6200
Fax: 859-392-7263
jmando@aswdlaw.com