UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:11cv533 (WOB-KLL)**

**MILIAKA DAVIS, ET AL.**                                              **PLAINTIFFS**

**VS.**                                           <u>**ORDER**</u>

**CINCINNATI METROPOLITAN**
**HOUSING AUTHORITY, INC., ET AL.**                                    **DEFENDANTS**


    This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. #39), and there being no objections filed, and the Court being sufficiently advised,

    **IT IS ORDERED** that the Report and Recommendation (Doc. #39) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that plaintiffs' motion to enforce settlement agreement (Doc. #35) be, and it hereby is, **granted;** that defendants are **ordered** to comply with the Settlement Agreement by: 1) releasing any claims against plaintiff Carla Kinkade for damages or obligations that arose prior to or were in existence as of December 4, 2012; (2) releasing any claims against Carla Kinkade for penalties or payment obligations assessed against her post-settlement for failure to pay amounts purportedly owed as of the date of the Settlement Agreement; (3) modifying Carla Kinkade's CMHA account to reflect these adjustments; and (4) defendants are precluded from pursuing eviction proceedings against plaintiff Kinkade

based on any damages or penalties assessed against plaintiff in violation of the terms of the Settlement Agreement.

This 29th day of October, 2013.



Signed By:
William O. Bertelsman  WOB
United States District Judge